**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 23-10898** |
| **MARTIN ENERGY, LLC,** | § § | **CHAPTER 7** |
| **DEBTOR.** | § § § | **SECTION A** |

## CONSENT ORDER ON PAYMENT OF ESCROWED FUNDS

By Order dated April 15, 2024, [ECF Doc. 214], the Court ordered a distribution of $11,759.46 from the Concursus Funds held by Wilbur J. "Bill" Babin, Jr. (the "Trustee")[1] to certain Overriding Royalty Interest Owners and further ordered the part of the distribution due to Patriot Production Group, LLC ("Patriot") in the amount of $4,869.78 be escrowed by the Trustee, pending further Order of this Court.

The Trustee having advised the Court that he has no claim against Patriot and there being no cause to continue escrowing the above referenced funds,

**IT IS ORDERED** that the Trustee is hereby authorized and shall immediately pay $4,869.78 to Patriot.

**IT IS FURTHER ORDERED** that counsel for Patriot shall serve this Order by first-class U.S. Mail on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Motion for Authority To Pay Interim Distribution to LOWLA Secured Creditors and Trustee*, [ECF Doc. 196], filed by the Trustee.

Court's Complex Case Procedures (if applicable), and this Court's *Order Granting Motion To Limit Notice*, [ECF Doc. 246], and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 31, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE